IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40555
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER BRIAN HILL,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-98-CR-353-1
--------------------
February 17, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Christopher Brian Hill ("Hill") appeals from his sentence following his guilty-plea conviction for possession of an unregistered firearm. He argues that the district court erred in enhancing his sentence under U.S.S.G. § 2K2.1(b)(5) for possessing a firearm in connection with the felony offense of arson. Specifically, Hill asserts that the district court erred in finding that he possessed the requisite intent to be convicted of arson. We have reviewed the record and the briefs of the parties, and we conclude that the district court's finding was not clearly erroneous.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.